THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Enrique Nunez
 Deniz, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2009-UP-202
Submitted April 1, 2009  Filed May 18,
 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott; and
 Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Enrique
 Nunez Deniz appeals his guilty plea to trafficking crack cocaine and failure to
 stop for a blue light, and concurrent fifteen year sentences.  Deniz argues the trial court erred by accepting his plea because it
 did not comply with Boykin v. Alabama, 395 U.S. 238  (1969).  Deniz also
 filed a pro se brief.  After
 a thorough review of the record and both briefs pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL
 DISMISSED.
Hearn,
 C.J., Pieper and
Lockemy, JJ., concur. 

[1] We decide this case without oral argument pursuant
 to Rule 215, SCACR.